The Worthington Police Department | 6555 Worthington-Galena Rd. Worthington, OH 43085 | Phone: 614-885-4463 | FAX: 614-885-6833

| [X] IN FRANKLIN COUNTY MUNICIPAL COURT | [ ] IN CITY OF WORTHINGTON MAYOR'S COURT |
| --- | --- |

State of Ohio / City of Worthington

v.

**DAVENPORT, KEITH LAMONT**

Defendant.

Case No.: _2025 CRB 828_

Complaint #: WOR25-0055-1/ WOR25-0055-2/

WOR25-0055-3

WPD Report #: 250055

2025 JAN 17 P 7:25

### AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

I <u>386 - Huynh, Long</u>, do hereby swear or affirm that I have the following cause to believe the individual named committed the alleged offenses(s) for the reason(s) stated in this Affidavit in Support of Probable Cause:

[X]  I have personal knowledge of the facts listed in the statement of facts as I was involved in the underlying investigation and arrest.

[X]  I have knowledge of the facts listed in the statement of facts based on my review of available Worthington Division of Police reports, which were completed by Worthington Division of Police Officers acting in their official capacity and as a part of their official duties.

*Summary Statement of Facts in Support of Probable Cause:*

On 01/17/2025 at approximately 1236 hours, WPD (Worthington Police Department) officers were dispatched to ▓▓▓ ▓▓▓▓▓▓▓▓▓ Columbus Ohio 43085 in reference to domestic violence. Upon our arrival, I, Ofc. Huynh spoke to the victim ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ stated that she was picked up by her boyfriend (Keith Davenport) from her mom's house. She stated that he was about to drive her to his house; however, during the trip, he took her phone from her hand and checked it. ▓▓▓▓▓ asked Mr. Davenport to return her phone; however, Mr. Davenport started getting upset and punching her while driving. Mr. Davenport pulled over to the location, parked his car, and started punching ▓▓▓▓▓ with both hands. ▓▓▓▓▓ stated that she wanted to call the police; however, Mr. Davenport grabbed her phone, smashed it into the ground, and threw it onto the roof of ▓▓▓▓▓▓▓▓▓▓. ▓▓▓▓▓ had multiple bruises and red marks on her right cheek. She also had a bump on the left side of her head.

Signature of Affiant: _____   Date: _01/17/2025_

Sworn to and subscribed before me this _17_ day of _JANUARY_, 20 _25_

By: _____

Clerk / Deputy Clerk / Notary Public / Peace Officer

The Worthington Police Department | 6555 Worthington-Galena Rd. Worthington, OH 43085 | Phone: 614-885-4463 | FAX: 614-885-6833

Ex. B - 002